

# NUMBER 13-14-00621-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE IRMA YBARRA

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Garza and Longoria
### Order Per Curiam

Relator, Irma Ybarra, filed a petition for writ of mandamus in the above cause on October 24, 2014, through which she requests that we compel the trial court to rule on her motion to transfer venue under the family code. *See* TEX. FAM. CODE ANN. § 155.204(c) (West, Westlaw through 2013 3d C.S.). Relator further seeks emergency relief staying any further proceedings in the trial court pending resolution of this original proceeding.

The Court, having examined and fully considered the request for temporary relief, is of the opinion that said request should be granted. The request for temporary relief is

hereby GRANTED, and the trial court proceedings, other than those incident to this original proceeding, are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Roland Marcha, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
24th day of October, 2014.